UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>    Plaintiff,<br><br>  v.<br><br>BLACK, et al.,<br><br>    Defendants. | No. 2:23-cv-02917 TLN SCR P<br><br><br>ORDER |

    Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 17, 2025, this matter was referred to the post-screening ADR pilot project and was stayed. (ECF No. 20.) The settlement conference was conducted on August 14, 2025, and the case did not settle. ECF No. 20. As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The stay of this action is lifted; and

    2. Defendants shall file a responsive pleading within thirty days from the date of this order.

DATED: August 25, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE